FILED
MAR 2 5 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:03CR342 JCH ) |
| EUGENE LEWIS | ) ) |
| Defendant. | ) ) |

## ORDER

Cause called for a hearing on the Risk Assessment Report and Certificate of Conditional Release dated February 18, 2010 and received by the Court on March 9, 2010. Eugene Lewis appears by video conference with his attorney Lucy G. Liggett, Assistant Federal Public Defender, present in the courtroom. The Government appears by Assistant United States Attorney Jennifer J. Roy. The parties having no objection to the report and the certificate of conditional release, the Court hereby orders that Defendant be conditionally released pursuant to Title 18 USC § 4243(f) subject to the conditions listed in the Certificate of Conditional Release. (See Certificate of Conditional Release attached hereto).

SO ORDERED:

_____
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 24th day of March, 2010.

## CERTIFICATE OF CONDITIONAL RELEASE

This is to advise you that Eugene Lewis, Register Number 99054-011, a patient in the psychiatric hospital at the Federal Medical Center (FMC) in Rochester, Minnesota, has recovered from his mental disease or defect to such an extent that his conditional release, under a prescribed regimen of medical, psychiatric, or psychological care or treatment, would no longer create a substantial risk of bodily injury to another person or serious damage to the property of another. The above patient was originally committed for hospitalization pursuant to Title 18, United States Code, Section 4243 on November 7, 2003, by the Honorable Jean C. Hamilton, United States District Judge, Eastern District of Missouri.

Pursuant to Title 18, United States Code, Section 4243(f)(2), I am requesting this court immediately order that the above patient be conditionally released under the following conditions:

1. Mr. Lewis will reside when a bed is available at K.F. Jammer Manor Inc., 1004 Pennsylvania, University City, Missouri, 63130. He is not to make any change in his residence without the advance approval of the mental health providers and the supervising U. S. Pretrial Services Officer. He is to abide by all facility rules.

2. Mr. Lewis shall not leave the premises without the advance approval of K.F. Jammer Manor, Inc., staff.

3. Mr. Lewis is to appear for his initial appointment at the St. Louis Veterans Medical Center, St. Louis, Missouri. Mr. Lewis shall not change mental health providers without advance approval of the U.S. Pretrial Services Officer.

4. He shall continue to take injectable psychotropic medication as prescribed by the clinicians at the inpatient or the outpatient mental health facility. His treating physician shall not discontinue or change the administration of any anti-psychotic medication without notifying the U.S. Pretrial Services Officer and the officer agrees to the changes.

5. He shall agree to undergo serum blood level screening, if ordered by the treating physician, to ensure a therapeutic level of medication is maintained.

6. While on outpatient status, should it at anytime be deemed necessary by treating clinicians or U.S. Pretrial Services Officer, he may be returned to inpatient status at a facility designated by the Missouri Department of MH/MR or Veterans Administration.

7. Mr. Lewis shall be restricted from travel outside of the local area, except with prior approval from the U.S. Pretrial Services Officer.

8. He be supervised by the U.S. Pretrial Services Office for a unspecified term of supervision to ensure compliance with the standard conditions of release. Mr. Lewis will comply with the standard conditions of the U.S. Pretrial Services Office, including waiving his right to confidentiality regarding his mental health treatment in order to allow sharing of information with the Supervising U.S. Pretrial Services Officer who will assist in evaluating the ongoing appropriateness of community placement.

9. Mr. Lewis is to submit to urinalysis and other drug testing for the detection of use of controlled substances and undergo regular urine and serum blood level screening as ordered by the U.S. Pretrial Services Officer.

10. Mr. Lewis is to abstain from all use of alcohol and other drugs not prescribed by his treating physician.

11. Mr. Lewis shall participate in outpatient substance abuse counseling as directed by the U.S. Pretrial Services Officer, if deemed necessary.

12 Mr. Lewis is to report any contact with any law enforcement officer to the pretrial services office within 24 hours of the contact.

13. Mr. Lewis shall not possess any firearms, destructive device, or other dangerous weapons.

14. Mr. Lewis shall not commit another federal, state, or local crime. He shall not make any written or verbal threats to harm any past Presidents of the United States or the current President of the United States.

15. Mr. Lewis shall submit his person, residence, office, or vehicle to a search conducted by the U.S. Pretrial Services Officer, Law Enforcement and K.F. Jammer Manor, Inc., staff at reasonable times and in a reasonable manner, based upon reasonable suspicion of

contraband or evidence of violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

16. Mr. Lewis shall not enter the premises of or loiter near where a person who is under the protection of the U.S. government resides, is employed, frequents, or makes an appearance at except under circumstances approved in advance and in writing by the U.S. Pretrial Services Officer.

17. Excluding Veterans Administration facilities, the defendant shall not enter the premises or loiter near any military base or facility except under circumstances approved in advance and in writing by the U.S. Pretrial Services Officer.

18. Excluding Veterans Administration issued credentials and identification card, the defendant shall not possess any military uniforms or credentials except under circumstances approved in advance and in writing by the U.S. Pretrial Services Officer.

19. Mr. Lewis will disclose all financial information to the Supervising U.S. Pretrial Services Officer to ensure that Mr. Lewis is managing his finances appropriately to continue with community placement.

20. The medical provider may at anytime recommend modification or elimination of the regimen of medical, psychiatric, or psychological care or treatment, upon certification to this court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another. Any party requesting modification or termination of the conditions of release shall submit adequate documentation supporting the request through the Supervising U.S. Pretrial Services Officer, to the Criminal Division of the U.S. Attorney's Office for the Eastern District of Missouri for a determination as to whether a motion should be filed.

21. Mr. Lewis's failure to adhere to any of these conditions will result in him being located, taken into custody, and subsequently reviewed by the federal court of jurisdiction for suitability for continued release to the community.

_____  
B. R. Jett, Warden  
Federal Medical Center  
Rochester, Minnesota

2.18.10  
Date