UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
COURTROOM MINUTE SHEET
*Criminal* PROCEEDINGS

Date 12/10/13  Judge Hamilton   Case No. 4:03CR342JCH

USA  vs. Eugene Lewis

Court Reporter A. Daley   Deputy Clerk CW
Attorney(s) for Plaintiff(s) Jennifer Ray
Attorney(s) for Defendant(s) Lucy Liggett

Parties present for modification hrg of Supervised Release. Deft waives hearing. Deft presents proposed ORDER re: Conditions of Supervised Release. Court enters ORDER.

Deft Remanded.

Pltf. Witness_____ Deft. Witness_____
Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____ Deft. Exhibits:_____
Pltf. Exhibits:_____ Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 12:30 a.m./p.m.  Concluded 12:33 a.m./p.m.