IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:03CR342 JCH ) |
| EUGENE LEWIS | ) ) |
| Defendant. | ) ) |

## ORDER

Cause called for a hearing on Defendant's request to be discharged from the custody of the Bureau of Prisons pursuant to 18 U.S.C. § 4243(f). Defendant appears by video conference and by his attorney Lucille G. Liggett, Assistant Federal Public Defender. The Government appears by Assistant United States Attorney Jennifer Roy.

On November 7, 2003, Eugene Lewis was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4243. On March 24, 2010, the Court entered an order placing Mr. Lewis on conditional release. On November 23, 2015, the Court revoked Mr. Lewis' conditional release and committed him to the custody of the Bureau of Prisons.

On August 24, 2017, pursuant to 18 U.S.C. § 4243(f), The Warden of the Federal Medical Center in Rochester, Minnesota has filed with the Court a Report prepared by the Licensed Clinical Psychologist and a Certificate that Mr. Lewis has recovered from his mental disease or defect to such an extent that his conditional release, under a prescribed regimen of medical, psychiatric or psychological care and treatment, would no longer create a substantial risk to others or the property of others. The recommendation is that Mr. Lewis be conditionally released to the community to the Meadow Brook

Residential Care Facility in Howe, Oklahoma, when a bed is available, and subject to special conditions of supervision.

Mr. Lewis and Counsel for Defendant have received and reviewed the Certificate and Report and have no objection to the Report or to the special conditions of conditional release.

Counsel for the Government has received and reviewed the Certificate and Report and has no objection to the Report or the special conditions of conditional release.

The Court orders that Eugene Lewis be conditionally released subject to the following conditions of release:

1. Mr. Lewis shall be and remain under the supervision of the United States Probation Office for the Eastern District of Oklahoma, and shall comply with all of the standard conditions of supervision, any other conditions adopted by the U.S. Probation office, and the specific conditions set forth herein.

2. Mr. Lewis shall reside at Meadow Brook Residential Care Facility located at 1000 Meadow Lane, Howe, OK 74940 when a bed becomes available. Any change in residence must be preapproved by Mr. Lewis's mental health providers and the final approval of the supervising U.S. Probation Officer.

3. Mr. Lewis shall maintain active participation in a regimen of outpatient mental health care and chemical dependency treatment at Red Rock Mental Health Center, and as otherwise directed by the U.S. Probation Officer. Mr. Lewis shall comply with the treatment regimen recommended by his treatment providers. Any change in mental health treatment providers shall be approved in advance by the U.S. Probation Officer.

4. Mr. Lewis will work cooperatively with his mental health providers and will follow all recommendations for treatment.

5. Mr. Lewis shall continue to take such medication as shall be prescribed for him by his treatment providers. The treatment providers may require Mr. Lewis to take medication by injection, and Mr. Lewis shall comply with any means used to measure or monitor his treatment compliance to include laboratory testing to measure his medication levels in his bloodstream. The treatment providers shall notify the U.S. Probation Officer of any changes in the administration of psychiatric medication.

6. Mr. Lewis shall waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the U.S. Probation

Officer, and U.S. Attorney's office, who shall monitor Mr. Lewis's suitability for community placement.

7. Mr. Lewis shall abstain from the use of alcohol and illegal drugs. At the direction of the U.S. Probation Officer or treatment providers, Mr. Lewis shall submit to testing for use of drugs and alcohol, to include regular urine and serum blood level screening. Mr. Lewis shall pay all or part of the costs of testing as determined by the U.S. Probation Officer. As directed by his treatment providers or the U.S. Probation Officer, he shall cooperatively participate in a substance abuse treatment program, which may include drug testing and inpatient or outpatient treatment. Mr. Lewis shall not frequent places where alcohol or illegal drugs are known to be possessed, manufactured or distributed. If Mr. Lewis tests positive for alcohol or illegal drug use or unprescribed medications, he may be taken into custody and returned to court for further action.

8. Mr. Lewis shall not possess actual or imitation firearms, destructive devices, or other deadly weapons or weapon paraphernalia, and shall live in a residence that is free from the same. At the request of the U.S. Probation Officer or any law enforcement officer, Mr. Lewis shall submit to a warrantless search of his person or property, including his vehicle or premises, for the purpose of determining compliance with this condition. Mr. Lewis shall permit confiscation of any such contraband.

9. Mr. Lewis shall not travel outside of the Federal judicial district to which he is released without prior approval of the U.S. Probation Officer. He shall not stay away from his residence over night without prior approval from the U.S. Probation Officer. Mr. Lewis shall not obtain a driver's license or permit, or operate, purchase or possess a motor vehicle without the written permission of the U.S. Probation Officer.

10. Mr. Lewis shall not commit a federal, state, or local crime. He shall notify the U.S. Probation Officer if he is arrested or questioned by any law enforcement officer, within 24 hours of such contact. He shall not associate with any person engaged in criminal activity or with any person convicted of a felony, unless granted permission to do so by the U.S. Probation Officer.

11. Upon the recommendation of the treatment provider or the U.S. Probation Officer, Mr. Lewis shall voluntarily admit himself into a hospital for treatment. If he refuses, the U.S. Probation Officer shall contact this court for further instructions regarding Mr. Lewis's return to federal custody.

12. The medical provider may at any time recommend modification or elimination of the regimen of medical, psychiatric, or psychological care or treatment, upon certification to this Court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another. Any party requesting modification or termination of the Conditions of Release shall submit

adequate documentation supporting the request through the Supervisory U.S. Probation Officer, to the Civil Division of the U.S. Attorney's Office for the Eastern District of Missouri, for a determination as to whether a motion for release should be filed.

13. Mr. Lewis's failure to adhere to any of these conditions will result in him being located, taken into custody, and subsequently reviewed by the federal court of jurisdiction for suitability for continued release to the community.

SO ORDERED:

*/s/ Jean C. Hamilton*
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2017.